MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

   1301 Clay St., 3rd Floor
   Oakland, California 94612
   Telephone:  (519) 637-3680
   Fax:  (510) 637-3724
   E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-12-71126-MAG |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 30, 2012 TO JANUARY 16, 2013 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | ) ) | |
| LEONCIO GONZALEZ-BARRAGAN, | ) ) | |
| Defendant. | ) ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of January 16, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 30, 2012 to January 16, 2013.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant is currently in custody.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government is producing discovery in the case and

1  defense counsel needs time to review the discovery.

2      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.

4      4. Counsel for the defense believes that postponing the preliminary hearing is in his
5  client's best interest, and that it is not in his client's interest for the United States to indict the
6  case during the normal 14-day timeline established in Rule 5.1.

7      5. The Court finds that, taking into the account the public interest in the prompt
8  disposition of criminal cases, these grounds are good cause for extending the time limits for a
9  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
10 the Court finds that the ends of justice served by excluding the period from November 30, 2012
11 to January 16, 2013 outweigh the best interest of the public and the defendant in a speedy trial.
12 18 U.S.C. § 3161(h)(8)(A).

13     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date before the duty magistrate judge on January 16, 2013, at 9:30 a.m., and (2) orders
15 that the period from November 30, 2012 to January 16, 2013, be excluded from the time period
16 for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
17 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

19 IT IS SO STIPULATED:

21 DATED: November 27, 2012           _____/s_____
                                              PHIL SCHNAYERSON
22                                               Attorney for Defendant

24 DATED: November 27, 2012           _____/s_____
                                              AARON D. WEGNER
25                                               Assistant United States Attorney

27 IT IS SO ORDERED.

28 DATED: November 29, 2012           _____
                                              HON. LAUREL BEELER
                                              United States Magistrate Judge