PHILIP A. SCHNAYERSON, Bar # 41825
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
LEONICIO GONZALEZ-BARRAGAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs,    )<br>)<br>)<br>vs.    )<br>)<br>LEONICIO GONZALEZ-BARRAGAN, )<br>)<br>)<br>Defendant.    )<br>_____  ) | CASE NO. CR-13-00068 WHA<br><br>STIPULATION AND (PROPOSED<br>ORDER) CONTINUING  SENTENCING<br>HEARING |

LEONICIO GONZALEZ-BARRAGAN, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel Aaron D. Wegner, Assistant United States Attorney, hereby agree that the Sentencing hearing set for June 18, 2013, be re-scheduled for July 30, 2013, at 2:00 p.m.

At the request of the defense, the parties have reached an agreement to change the date of sentencing to allow additional time for the prior criminal convictions to be confirmed.

SO STIPULATED:

DATED: June 14, 2013

/S/
PHILIP A. SCHNAYERSON
Attorney for Defendant

DATED: June 14, 2013

/S/
AARON D. WEGNER
Assistant United States Attorney

## (PROPOSED) ORDER

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED THAT** :

1. The sentencing date of June 18, 2013 at 2:00 p.m. is vacated;
2. The sentencing date is set for July 9 ~~30~~, 2013 at 2:00 p.m.

DATED: June 17, 2013.

[signature]
HON. WILLIAM ALSUP
United States District Judge