IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 13-00068 WHA |
| v. | |
| LEONICIO GONZALEZ-BARRAGAN, | **REQUEST FOR RESPONSE FROM THE PUBLIC DEFENDER'S OFFICE** |
| Defendant. | |

    Defendant Leonicio Gonzalez-Barragan has filed a motion for the appointment of counsel in order to challenge his drug sentence under Amendment 782 to the sentencing guidelines. The Federal Public Defender's office is requested to respond by **SEPTEMBER 21, 2015.**

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE