IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONICIO GONZALEZ-BARRAGAN,<br><br>    Defendant.<br>                                   / | No. CR 13-0068 WHA<br><br>**ORDER RE APPOINTMENT OF COUNSEL** |

      Defendant Leonicio Gonzalez-Barragan has filed a motion for the appointment of counsel in order to challenge his drug sentence under Amendment 782 to the sentencing guidelines. The Office of the Federal Public Defender responded that it has reviewed defendant's case and is not seeking appointment in this matter. Defendant's motion for the appointment of counsel for this post-sentencing matter is thus **DENIED**.

      **IT IS SO ORDERED.**

Dated: October 26, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE