IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0068 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LEONICIO GONZALEZ-BARRAGAN, | |
| Defendant. | |

A May 16 order denied defendant's motion in part, and requested the United States and Probation respond to the portion of defendant's motion seeking relief under Amendment 782 by June 15. Due to an error, probation and the government were not served with the May 16 order.

The United States and the Probation Office **SHALL SHOW CAUSE** why the defendant Leonicio Gonzalez-Barragan's Amendment 782 claim should not be granted, if that is their position, by **AUGUST 10 AT NOON**. The clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: July 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE